# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Board of Trustees of the Local Union No. 422 U.A. of Joliet, Illinois Pension Fund, et. al.<br><br>                    Plaintiff,<br>v.<br>Tilley Plumbing, Inc., an Illinois corporation<br>                    Defendant | FILED: AUGUST 22, 2008<br>08CV4807<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE DENLOW<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |  |
|---|---|
| DONALD D. SCHWARTZ | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br> s/Donald D. Schwartz | |
| FIRM<br><br>ARNOLD AND KADJAN | |
| STREET ADDRESS<br><br>19 WEST JACKSON BLVD. | |
| CITY/STATE/ZIP<br><br>CHICAGO, IL. 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>03124459 | TELEPHONE NUMBER<br><br>(312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>    RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ | |