## United States District Court for the Northern District of Illinois

Case Number: 08CV4807               Assigned/Issued By: DAJ

Judge Name: CASTILLO              Designated Magistrate Judge: DENLOW

### FEE INFORMATION

Amount Due:   [✓] $350.00     [ ] $39.00      [ ] $5.00

              [ ] IFP         [ ] No Fee      [ ] Other _____

              [ ] $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                    Receipt #: 3044253

Date Payment Rec'd: 08/22/08           Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                            [ ] Alias Summons

[ ] Third Party Summons                [ ] Lis Pendens

[ ] Non Wage Garnishment Summons       [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

[ ] Citation to Discover Assets        (Victim, Against and $ Amount)

[ ] Writ _____
        (Type of Writ)

__1__ Original and __0__ copies on __08/22/08__ as to __DEF._____
                                      (Date)

C:\wpwin80\docket\feeinfo.frm      03/14/05